# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle D. Craddock-Bouler fdba My Price for You aka Michelle Denee Craddock aka Michelle D. Craddock Bouler aka Michelle Denee Craddock-Bouler aka Michelle D. Bouler aka Michelle Denee Bouler aka Michelle Craddock aka Michelle Bouler aka Michelle Craddock-Bouler<br><br>       **Debtor** | BK NO. 17-00020 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, as Servicer for Toyota Lease Trust, and index same on the master mailing list.

                   Respectfully submitted,

                   **/s/James C. Warmbrodt, Esquire**
                   James C. Warmbrodt, Esquire
                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 627-1322 FAX (215) 627-7734
                   Attorney for Movant/Applicant