Certificate Number: 12433-PAM-DE-028669085

Bankruptcy Case Number: 17-00020



12433-PAM-DE-028669085

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2017, at 2:02 o'clock PM EST, Michelle Denee Craddock-Bouler completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 25, 2017  By: /s/Laura Gannon

Name: Laura Gannon

Title: Teacher