```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00020-JJT
Michelle D. Craddock-Bouler                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman      Page 1 of 1      Date Rcvd: Feb 10, 2017
                       Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
db          Michelle D. Craddock-Bouler,    167 Pasquin Drive,    East Stroudsburg, PA   18301-6910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         John J Martin (Trustee)     pa36@ecfcbis.com,    trusteemartin@martin-law.net
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov
         Vincent   Rubino    on behalf of Debtor Michelle D. Craddock-Bouler
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com
                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle D. Craddock-Bouler fdba My Price for You aka Michelle Denee Craddock aka Michelle D. Craddock Bouler aka Michelle Denee Craddock-Bouler aka Michelle D. Bouler aka Michelle Denee Bouler aka Michelle Craddock aka Michelle Bouler aka Michelle Craddock-Bouler <br>         Debtor <br><br> Toyota Lease Trust <br>         Moving Party <br>    vs. <br><br> Michelle D. Craddock-Bouler fdba My Price for You aka Michelle Denee Craddock aka Michelle D. Craddock Bouler aka Michelle Denee Craddock-Bouler aka Michelle D. Bouler aka Michelle Denee Bouler aka Michelle Craddock aka Michelle Bouler aka Michelle Craddock-Bouler <br>         Debtor <br><br> John J. Martin, Esq. <br>         Trustee | CHAPTER 7 <br><br> NO. 17-00020 JJT <br><br> 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA RAV4, VIN: 2T3DFREV9EW159658 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: February 10, 2017