```
                                 United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                     Case No. 17-00020-JJT
Michelle D. Craddock-Bouler                                                Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman          Page 1 of 1          Date Rcvd: Apr 24, 2017
                             Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db            Michelle D. Craddock-Bouler,   167 Pasquin Drive,    East Stroudsburg, PA  18301-6910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              John J Martin (Trustee)     pa36@ecfcbis.com,    trusteemartin@martin-law.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor Michelle D. Craddock-Bouler
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michelle D. Craddock−Bouler<br>aka Michelle Denee Craddock, aka Michelle D. Craddock Bouler, aka Michelle Denee Craddock−Bouler, aka Michelle Bouler, aka Michelle D. Bouler, aka Michelle Craddock−Bouler, aka Michelle Denee Bouler, aka Michelle Craddock, fdba My Price for You<br>167 Pasquin Drive<br>East Stroudsburg, PA 18301−6910 | Chapter 7<br>Case No. 5:17−bk−00020−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3259
27−0795777

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John J Martin (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 24, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk